[No. 73165-3-I.   Division One.   September 6, 2016.]

ERIC HOOD, *Appellant*, v. SOUTH WHIDBEY SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 12-2-00475-1, Alan R. Hancock, J., entered March 5, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Trickey, A.C.J., concurred in by Schindler and Dwyer, JJ.

[No. 73178-5-I.   Division One.   September 6, 2016.]

*In the Matter of the Personal Restraint of* ARMONDO THEODOR LAFORGE, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

[No. 73440-7-I.   Division One.   September 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ERICK WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01557-3, Thomas J. Wynne, J., entered May 5, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Schindler, JJ.

[No. 73629-9-I.   Division One.   September 6, 2016.]

*In the Matter of the Estate of* ELIZABETH K. WAGNER.

ELMER R. WAGNER, *Appellant*, v. JILL WRIGHT, *as Personal Representative*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-4-05043-1, Richard F. McDermott, J., entered June 13, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ.